JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT RODRIGUEZ, | ) | Case No. CV 13-1075-CAS (OP) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| GREG LEWIS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 16, 2013

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge